UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-919 JRT/FLN

ORIGINAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | STIPULATION |
| RUSSELL L. EASTBURN Defendant. | ) | |

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including July 26, 2000, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: June 30, 2000

B. TODD JONES
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Russell L. Eastburn

RUSSELL L. EASTBURN, pro se
Defendant

IT IS SO ORDERED.

Dated: 7/7/00

Franklin L. Noel

United States Magistrate Judge
United States District Court

FILED JUL 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK